LINEER, Respondent, *v.* CITY OF ELMIRA. Appellant.

*(Supreme Court, General Term, Fourth Department.* September 20, 1890.) ·

No opinion. Judgment and order affirmed, with costs.

---

. LOWERY *et al. v.* CITY OF UTICA *et al.*

*(Supreme Court, General Term, Fourth Department.* September 20, 1890.)

No opinion. Order reversed, with $10 costs and disbursements, without prejudice to a new motion. Following *In re Wadley,* 29 Hun, 12: *Dryer* v. *Brown,* 10 N. Y. Supp. 53.

---

McKINLEY, Respondent, *v.* LADD, Appellant.

*(Supreme Court, General Term, Fourth Department.* September 20, 1890.)

No opinion. Order reversed, with $10 costs and disbursements.

---

MAGEE, Appellant, *v.* VILLAGE OF WATKINS *et al.*, Respondents.

*(Supreme Court, General Term, Fourth Department.* September 20, 1890.)

No opinion. Order modified by striking therefrom so much thereof as allows stenographer's fees, and, as modified, affirmed, without costs to either party on this appeal. See section 3251 of the Code of Civil Procedure.

---

MAGEE, Appellant, *v.* VILLAGE OF WATKINS *et al.*, Respondents.

*(Supreme Court, General Term, Fourth Department.* September 20, 1890.)

No opinion. Motion denied.

---

MERCHANTS' NAT. BANK OF BINGHAMTON, Respondent, *v.* DORAN & WRIGHT Co., Limited, Appellant.

*(Supreme Court, General Term, Fourth Department.* September 20, 1890.)

No opinion. Judgment and order affirmed, with costs.

---

·MILES, Appellant, *v.* REESE, Respondent.

*(Supreme Court, General Term, Fourth Department.* September 20, 1890.)

No opinion. Order of Jefferson county court reversed, with costs, and motion for a new trial denied, and judgment ordered for the plaintiff upon the verdict.

---

OWEN, Respondent, *v.* EVANS, Appellant.

*(Supreme Court, General Term, Fourth Department.* September 20, 1890.)

No opinion. Judgment and order reversed on the exceptions, and a new trial ordered, with costs to abide the event. *Held,* question of ownership of the cause of action should have been submitted to the jury.

---

PARSONS *et al.*, Appellants, *v.* SARGENT *et al.*, Respondents.

*(Supreme Court, General Term, Fourth Department.* September 20, 1890.)

No opinion. Judgment affirmed, with costs. MERWIN, J., not sitting.